NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7308

ROBERT A. THOMAS,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

Virginia A. Girard-Brady, ABS Legal Advocates, P.A., of Lawrence, Kansas, for claimant-appellant.

Tara K. Hogan, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General; Jeanne E. Davidson, Director; Martin F. Hockey, Jr., Assistant Director. Of counsel was Harold D. Lester, Assistant Director. Of counsel on the brief was Michael J. Timinski, Deputy Assistant General Counsel, and Tracey P. Warren, Attorney, United.States Department of Veterans Affairs, Office of General Counsel, of Washington, DC.

Appealed from: United States Court of Appeals for Veterans Claims

Judge Lawrence B. Hagel

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7308

ROBERT A. THOMAS,

Claimant-Appellant,

v.

JAMES B. PEAKE, M.D., Secretary of Veterans Affairs,

Respondent-Appellee.

# Judgment

ON APPEAL from the        United States Court of Appeals for Veterans Claims

In CASE NO(S).        05-2232.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam: (MAYER, Circuit Judge, FRIEDMAN, Senior Circuit Judge and MOORE, Circuit Judge):

AFFIRMED. See Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATE: April 10, 2008        /s/ Jan Horbaly
                            Jan Horbaly, Clerk